# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

BOBBY PURSLEY STRICKLAND

NO. 2024 KW 0404

**MAY 07, 2024**

---

In Re:     Bobby Pursley Strickland, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 1484-F-2023.

---

**BEFORE:     McCLENDON, HESTER, AND MILLER, JJ.**

**WRIT DENIED.**

PMc
CHH
SMM

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT